IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SYLVIA FREEBORN,<br>  Plaintiff,<br><br>v.<br><br>LIBERTY INSURANCE<br>CORPORATION,<br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:23-cv-241 |

## JOINT NOTICE OF SETTLEMENT

TO THE UNITED STATES DISTRICT JUDGE:

The Parties announce they have reached a settlement agreement in this matter. The Parties anticipate they will have the settlement finalized within sixty (60) days from today and will file a joint stipulation of dismissal with the Court. Accordingly, the Parties ask that all deadlines be abated and that this case be removed from the Court's trial docket.

Respectfully submitted,

PEARSON LEGAL, P.C.
425 Soledad, Suite 600
San Antonio, Texas 78205
Telephone:    (210) 732-7766
Facsimile:    (210) 229-9277
mpearson@pearsonlegalpc.com
jmorton@pearsonlegalpc.com

By:  /s/ Jarryd S. Morton by permission
_____
Matthew R. Pearson
State Bar No. 00788173
Jarryd S. Morton
State Bar No. 24102248

COUNSEL FOR PLAINTIFF SYLVIA FREEBORN

        LINDOW ▪ STEPHENS ▪ SCHULTZ LLP
        One Riverwalk Place
        700 N. St. Mary's Street, Suite 1700
        San Antonio, Texas 78205
        Telephone:   (210) 227-2200
        Facsimile:    (210) 227-4602
        dstephens@lsslaw.com
        acooke@lsslaw.com

By: _/s/ Anne E. Cooke_____
     David R. Stephens
     State Bar No. 19146100
     *Attorney-in-Charge*
     Anne E. Cooke
     State Bar No. 24088395

COUNSEL FOR DEFENDANT LIBERTY INSURANCE CORPORATION

2