United States District Court
Southern District of Texas
**ENTERED**
September 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SYLVIA FREEBORN, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:23-CV-00241 |
| LIBERTY INSURANCE CORPORATION, | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Pursuant to the parties' Joint Rule 41(a) Stipulation of Voluntary Dismissal (D.E. 26), the Court enters final judgment dismissing this action with prejudice and with each party to bear their own costs and expenses.

**ORDERED** on September 18, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE